State Farm Insurance Companies    One State Farm Plaza Bloomington, IL 61710-0001
Wakena Black    718 Hillside Drive West Chester, PA 19380

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Wakena Black | State Farm Mutual Auto Ins Co | AA9646 | 02/14/2026 | 02/27/2026 | 03/06/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 68.50 | 3,177.42 | 278.00 | 540.57 | 124.41 | 2,234.44 |
| YTD | 298.30 | 15,542.92 | 1,389.20 | 2,619.64 | 621.33 | 10,912.75 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Hours | 02/21/2026 - 02/27/2026 | 37.5 | 40.998933 | 1,537.46 | 298.299999 | 11,973.37 |
| Regular Hours | 02/14/2026 - 02/20/2026 | 31 | 40.998933 | 1,270.97 | | |
| PTO | 02/14/2026 - 02/20/2026 | 7.75 | 40.998933 | 317.74 | | |
| PTO | 02/21/2026 - 02/27/2026 | 1.25 | 40.998933 | 51.25 | 69.75 | 2,791.84 |
| Life Taxable-Benefit | 02/14/2026 - 02/27/2026 | 0 | 0 | 24.94 | 0 | 121.26 |
| Life Leave | | | 0 | | 4 | 159.53 |
| Non-PTO Paid Absence | | | 0 | | 15.5 | 618.18 |
| Earnings | | | | 3,202.36 | | 15,664.18 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 181.31 | 885.05 |
| Medicare | 42.41 | 206.99 |
| Federal Withholding | 187.38 | 895.30 |
| State Tax - PA | 89.01 | 434.51 |
| SUI-Employee Paid | 2.22 | 10.88 |
| City Tax - WCHST | 36.24 | 176.91 |
| PA LST - WCHST | 2.00 | 10.00 |
| Employee Taxes | 540.57 | 2,619.64 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental/PPO Before-Tax | 19.02 | 95.10 |
| Group Voluntary AD/D-BeforeTax | 1.92 | 9.60 |
| HCFSA Before-Tax | 72.92 | 364.60 |
| Life Before-Tax | 8.30 | 40.70 |
| Medical/PPO Before-Tax | 166.88 | 834.40 |
| Vision Before-Tax | 16.46 | 82.30 |
| Wellness Incentive PPO BT | -7.50 | -37.50 |
| Pre Tax Deductions | 278.00 | 1,389.20 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 117.42 | 587.10 |
| Dependent Life After-Tax | 0.45 | 2.25 |
| Long-Term Disability After-Tax | 6.54 | 31.98 |
| Post Tax Deductions | 124.41 | 621.33 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental/PPO Non-Taxable | 32.40 | 162.00 |
| Life Non-Taxable | 39.46 | 193.54 |
| Medical/PPO Non-Taxable | 783.76 | 3,918.80 |
| Employer Paid Benefits | 855.62 | 4,274.34 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,924.36 | 14,274.98 |
| Medicare - Taxable Wages | 2,924.36 | 14,274.98 |
| Federal Withholding - Taxable Wages | 2,924.36 | 14,274.98 |
| State Tax Taxable Wages - PA | 2,899.42 | 14,153.72 |

### Federal / State

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Used | Balance |
|---|---|---|
| PTO | 9.00 | 184.84 |
| Legacy PTO | 0.00 | 284.11 |
| Life Leave | 0.00 | 36.00 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| n/a | n/a ******8620 | ******8620 | 2,234.44 |

State Farm Insurance Companies    One State Farm Plaza Bloomington, IL 61710-0001
Wakena Black    718 Hillside Drive West Chester, PA 19380

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Wakena Black | State Farm Mutual Auto Ins Co | | AA9646 | 01/31/2026 | 02/13/2026 | 02/20/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 66.00 | 3,090.88 | 277.80 | 519.65 | 124.23 | | 2,169.20 |
| YTD | 229.80 | 12,365.50 | 1,111.20 | 2,079.07 | 496.92 | | 8,678.31 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Hours | 02/07/2026 - 02/13/2026 | 38.25 | 39.882228 | 1,525.50 | 229.799999 | 9,164.94 |
| Regular Hours | 01/31/2026 - 02/06/2026 | 27.75 | 39.882228 | 1,106.73 | | |
| PTO | 01/31/2026 - 02/06/2026 | 7.75 | 39.882228 | 309.09 | | |
| Life Leave | 01/31/2026 - 02/06/2026 | 3.25 | 39.882228 | 129.62 | 4 | 159.53 |
| Life Taxable-Benefit | 01/31/2026 - 02/13/2026 | 0 | 0 | 24.08 | 0 | 96.32 |
| PTO | 02/07/2026 - 02/13/2026 | 0.5 | 39.882228 | 19.94 | 60.75 | 2,422.85 |
| Non-PTO Paid Absence | | | 0 | | 15.5 | 618.18 |
| Earnings | | | | 3,114.96 | | 12,461.82 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 175.91 | 703.74 |
| Medicare | 41.13 | 164.58 |
| Federal Withholding | 176.92 | 707.92 |
| State Tax - PA | 86.36 | 345.50 |
| SUI-Employee Paid | 2.17 | 8.66 |
| City Tax - WCHST | 35.16 | 140.67 |
| PA LST - WCHST | 2.00 | 8.00 |
| Employee Taxes | 519.65 | 2,079.07 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental/PPO Before-Tax | 19.02 | 76.08 |
| Group Voluntary AD/D-BeforeTax | 1.92 | 7.68 |
| HCFSA Before-Tax | 72.92 | 291.68 |
| Life Before-Tax | 8.10 | 32.40 |
| Medical/PPO Before-Tax | 166.88 | 667.52 |
| Vision Before-Tax | 16.46 | 65.84 |
| Wellness Incentive PPO BT | -7.50 | -30.00 |
| Pre Tax Deductions | 277.80 | 1,111.20 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 117.42 | 469.68 |
| Dependent Life After-Tax | 0.45 | 1.80 |
| Long-Term Disability After-Tax | 6.36 | 25.44 |
| Post Tax Deductions | 124.23 | 496.92 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental/PPO Non-Taxable | 32.40 | 129.60 |
| Life Non-Taxable | 38.52 | 154.08 |
| Medical/PPO Non-Taxable | 783.76 | 3,135.04 |
| Employer Paid Benefits | 854.68 | 3,418.72 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,837.16 | 11,350.62 |
| Medicare - Taxable Wages | 2,837.16 | 11,350.62 |
| Federal Withholding - Taxable Wages | 2,837.16 | 11,350.62 |
| State Tax Taxable Wages - PA | 2,813.08 | 11,254.30 |

| | Federal | | State |
|---|---|---|---|
| Marital Status | Head of Household | | |
| Allowances | 0 | | 0 |
| Additional Withholding | 0 | | 0 |

### Absence Plans

| Description | Used | Balance |
|---|---|---|
| PTO | 8.25 | 182.81 |
| Legacy PTO | 0.00 | 284.11 |
| Life Leave | 3.25 | 36.00 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| n/a | n/a ******8215 | ******8215 | 2,169.20 |

State Farm Insurance Companies   One State Farm Plaza Bloomington, IL 61710-0001
Wakena Black   718 Hillside Drive West Chester, PA 19380

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Wakena Black | State Farm Mutual Auto Ins Co | | AA9646 | 01/03/2026 | 01/16/2026 | 01/23/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 73.75 | 3,090.87 | 277.80 | 519.64 | 124.23 | 2,169.20 |
| YTD | 94.05 | 6,183.74 | 555.60 | 1,039.78 | 248.46 | 4,339.90 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Hours | 01/03/2026 - 01/09/2026 | 38 | 39.882228 | 1,515.52 | | |
| Regular Hours | 01/10/2026 - 01/16/2026 | 35.75 | 39.882228 | 1,425.79 | 94.049999 | 3,750.92 |
| PTO | 01/10/2026 - 01/16/2026 | 3 | 39.882228 | 119.65 | 44.75 | 1,784.73 |
| Life Leave | 01/03/2026 - 01/09/2026 | 0.75 | 39.882228 | 29.91 | 0.75 | 29.91 |
| Life Taxable-Benefit | 01/03/2026 - 01/16/2026 | 0 | 0 | 24.08 | 0 | 48.16 |
| Non-PTO Paid Absence | | | 0 | | 15.5 | 618.18 |
| Earnings | | | | 3,114.95 | | 6,231.90 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 175.90 | 351.93 |
| Medicare | 41.14 | 82.31 |
| Federal Withholding | 176.92 | 354.08 |
| State Tax - PA | 86.36 | 172.78 |
| SUI-Employee Paid | 2.16 | 4.33 |
| City Tax - WCHST | 35.16 | 70.35 |
| PA LST - WCHST | 2.00 | 4.00 |
| Employee Taxes | 519.64 | 1,039.78 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental/PPO Before-Tax | 19.02 | 38.04 |
| Group Voluntary AD/D-BeforeTax | 1.92 | 3.84 |
| HCFSA Before-Tax | 72.92 | 145.84 |
| Life Before-Tax | 8.10 | 16.20 |
| Medical/PPO Before-Tax | 166.88 | 333.76 |
| Vision Before-Tax | 16.46 | 32.92 |
| Wellness Incentive PPO BT | -7.50 | -15.00 |
| Pre Tax Deductions | 277.80 | 555.60 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 117.42 | 234.84 |
| Dependent Life After-Tax | 0.45 | 0.90 |
| Long-Term Disability After-Tax | 6.36 | 12.72 |
| Post Tax Deductions | 124.23 | 248.46 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental/PPO Non-Taxable | 32.40 | 64.80 |
| Life Non-Taxable | 38.52 | 77.04 |
| Medical/PPO Non-Taxable | 783.76 | 1,567.52 |
| Employer Paid Benefits | 854.68 | 1,709.36 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,837.15 | 5,676.30 |
| Medicare - Taxable Wages | 2,837.15 | 5,676.30 |
| Federal Withholding - Taxable Wages | 2,837.15 | 5,676.30 |
| State Tax Taxable Wages - PA | 2,813.07 | 5,628.14 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Used | Balance |
|---|---|---|
| PTO | 3.00 | 176.75 |
| Legacy PTO | 0.00 | 284.11 |
| Life Leave | 0.75 | 39.25 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| n/a | n/a ******8215 | ******8215 | 2,169.20 |

State Farm Insurance Companies    One State Farm Plaza Bloomington, IL 61710-0001
Wakena Black    718 Hillside Drive West Chester, PA 19380

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Wakena Black | State Farm Mutual Auto Ins Co | | AA9646 | 12/06/2025 | 12/19/2025 | 12/26/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 77.55 | 3,142.71 | 263.00 | 543.81 | 123.90 | 2,212.00 |
| YTD | 1,527.42 | 87,267.25 | 6,524.17 | 16,047.06 | 4,837.60 | 59,858.42 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Hours | 12/13/2025 - 12/19/2025 | 39.16666 | 39.882228 | 1,562.05 | 1498.583332 | 59,766.87 |
| Regular Hours | 12/06/2025 - 12/12/2025 | 38.38333 | 39.882228 | 1,530.81 | | |
| PTO | 12/06/2025 - 12/12/2025 | 1.25 | 39.882228 | 49.85 | 143.03 | 5,735.71 |
| Life Taxable-Benefit | 12/06/2025 - 12/19/2025 | 0 | 0 | 24.08 | 0 | 572.76 |
| Enterprise Incentive | | | | 0 | 0 | 4,122.96 |
| IU-NonCsh Fring Ben-Sup | | | | 0 | 0 | 44.91 |
| Life Leave | | | | 0 | 40 | 1,595.27 |
| Non-PTO Paid Absence | | | | 0 | 46.5 | 1,854.53 |
| Overtime | | | | 0 | 28.833334 | 2,128.40 |
| Short Term Disability | | | | 0 | 310 | 12,018.60 |
| **Earnings** | | | | 3,166.79 | | 87,840.01 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 180.03 | 5,054.80 |
| Medicare | 42.10 | 1,182.17 |
| Federal Withholding | 193.07 | 6,199.60 |
| State Tax - PA | 88.41 | 2,485.41 |
| SUI-Employee Paid | 2.20 | 61.09 |
| City Tax - WCHST | 36.00 | 1,011.99 |
| PA LST - WCHST | 2.00 | 52.00 |
| **Employee Taxes** | 543.81 | 16,047.06 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Savings Plan - Regular | | 213.21 |
| Dental/PPO Before-Tax | 19.02 | 456.48 |
| Group Voluntary AD/D-BeforeTax | 2.06 | 49.44 |
| HCFSA Before-Tax | 72.91 | 1,750.00 |
| Life Before-Tax | 8.10 | 193.20 |
| Medical/PPO Before-Tax | 151.95 | 3,646.80 |
| Vision Before-Tax | 16.46 | 395.04 |
| Wellness Incentive PPO BT | -7.50 | -180.00 |
| **Pre Tax Deductions** | 263.00 | 6,524.17 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 117.42 | 3,052.92 |
| Dependent Life After-Tax | 0.45 | 10.80 |
| IU-NonCsh Fring Ben-Sup-Offset | | 30.00 |
| Long-Term Disability After-Tax | 6.03 | 143.88 |
| SF Credit Union | | 1,600.00 |
| **Post Tax Deductions** | 123.90 | 4,837.60 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental/PPO Non-Taxable | 32.40 | 777.60 |
| Life Non-Taxable | 40.95 | 976.80 |
| Medical/PPO Non-Taxable | 592.25 | 14,214.00 |
| **Employer Paid Benefits** | 665.60 | 15,968.40 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,903.79 | 81,529.05 |
| Medicare - Taxable Wages | 2,903.79 | 81,529.05 |
| Federal Withholding - Taxable Wages | 2,903.79 | 81,315.84 |
| State Tax Taxable Wages - PA | 2,879.71 | 80,956.29 |

|  | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Used | Balance |
|---|---|---|
| PTO | 1.25 | 199.30 |
| Legacy PTO | 0.00 | 284.11 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| n/a | n/a ******8215 | ******8215 | 2,212.00 |

State Farm Insurance Companies    One State Farm Plaza Bloomington, IL 61710-0001
Wakena Black    718 Hillside Drive West Chester, PA 19380

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Wakena Black | State Farm Mutual Auto Ins Co | | AA9646 | 11/08/2025 | 11/21/2025 | 11/28/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 68.98 | 3,110.15 | 263.00 | 535.99 | 123.90 | 2,187.26 |
| YTD | 1,402.93 | 80,986.43 | 5,998.17 | 14,957.79 | 4,569.80 | 55,460.67 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Hours | 11/08/2025 - 11/14/2025 | 39.03333 | 39.882228 | 1,556.74 | | |
| Regular Hours | 11/15/2025 - 11/21/2025 | 29.94999 | 39.882228 | 1,194.47 | 1374.1 | 54,802.20 |
| PTO | 11/15/2025 - 11/21/2025 | 9 | 39.882228 | 358.94 | 126.28 | 5,067.69 |
| Life Taxable-Benefit | 11/08/2025 - 11/21/2025 | 0 | 0 | 24.08 | 0 | 524.60 |
| Enterprise Incentive | | | 0 | | 0 | 4,122.96 |
| IU-NonCsh Fring Ben-Sup | | | 0 | | 0 | 14.95 |
| Life Leave | | | 0 | | 40 | 1,595.27 |
| Non-PTO Paid Absence | | | 0 | | 31 | 1,236.36 |
| Overtime | | | 0 | | 28.833334 | 2,128.40 |
| Short Term Disability | | | 0 | | 310 | 12,018.60 |
| **Earnings** | | | | 3,134.23 | | 81,511.03 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 178.02 | 4,695.02 |
| Medicare | 41.63 | 1,098.03 |
| Federal Withholding | 189.16 | 5,811.27 |
| State Tax - PA | 87.41 | 2,308.73 |
| SUI-Employee Paid | 2.18 | 56.69 |
| City Tax - WCHST | 35.59 | 940.05 |
| PA LST - WCHST | 2.00 | 48.00 |
| **Employee Taxes** | 535.99 | 14,957.79 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Savings Plan - Regular | | 213.21 |
| Dental/PPO Before-Tax | 19.02 | 418.44 |
| Group Voluntary AD/D-BeforeTax | 2.06 | 45.32 |
| HCFSA Before-Tax | 72.91 | 1,604.18 |
| Life Before-Tax | 8.10 | 177.00 |
| Medical/PPO Before-Tax | 151.95 | 3,342.90 |
| Vision Before-Tax | 16.46 | 362.12 |
| Wellness Incentive PPO BT | -7.50 | -165.00 |
| **Pre Tax Deductions** | 263.00 | 5,998.17 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 117.42 | 2,818.08 |
| Dependent Life After-Tax | 0.45 | 9.90 |
| IU-NonCsh Fring Ben-Sup-Offset | | 10.00 |
| Long-Term Disability After-Tax | 6.03 | 131.82 |
| SF Credit Union | 0.00 | 1,600.00 |
| **Post Tax Deductions** | 123.90 | 4,569.80 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental/PPO Non-Taxable | 32.40 | 712.80 |
| Life Non-Taxable | 40.95 | 894.90 |
| Medical/PPO Non-Taxable | 592.25 | 13,029.50 |
| **Employer Paid Benefits** | 665.60 | 14,637.20 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,871.23 | 75,726.07 |
| Medicare - Taxable Wages | 2,871.23 | 75,726.07 |
| Federal Withholding - Taxable Wages | 2,871.23 | 75,512.86 |
| State Tax Taxable Wages - PA | 2,847.15 | 75,201.47 |

| | Federal | | State |
|---|---|---|---|
| Marital Status | Head of Household | | |
| Allowances | 0 | | 0 |
| Additional Withholding | 0 | | 0 |

### Absence Plans

| Description | Used | Balance |
|---|---|---|
| PTO | 9.00 | 193.86 |
| Legacy PTO | 0.00 | 284.11 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| n/a | n/a ******8215 | ******8215 | 2,187.26 |

State Farm Insurance Companies   One State Farm Plaza Bloomington, IL 61710-0001
Wakena Black    718 Hillside Drive West Chester, PA 19380

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Wakena Black | State Farm Mutual Auto Ins Co | | AA9646 | 10/11/2025 | 10/24/2025 | 10/31/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 75.65 | 3,116.80 | 0.00 | 595.89 | 117.42 | 2,403.49 |
| YTD | 1,265.47 | 74,728.64 | 5,472.17 | 13,876.80 | 4,322.00 | 51,057.67 |

| Earnings | | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | | Description | Amount | YTD |
| Regular Hours | 10/18/2025 - 10/24/2025 | 39.11666 | 39.882228 | 1,560.06 | 1236.633335 | 49,319.72 | | OASDI | 193.24 | 4,336.66 |
| Regular Hours | 10/11/2025 - 10/17/2025 | 36.53333 | 39.882228 | 1,457.03 | | | | Medicare | 45.19 | 1,014.22 |
| Life Leave | 10/11/2025 - 10/17/2025 | 2.5 | 39.882228 | 99.71 | 34.59 | 1,379.51 | | Federal Withholding | 218.63 | 5,428.45 |
| Enterprise Incentive | | | | 0 | 0 | 4,122.96 | | State Tax - PA | 95.69 | 2,132.76 |
| IU-NonCsh Fring Ben-Sup | | | | 0 | 0 | 14.95 | | SUI-Employee Paid | 2.18 | 52.31 |
| Life Taxable-Benefit | | | | 0 | 0 | 476.44 | | City Tax - WCHST | 38.96 | 868.40 |
| Non-PTO Paid Absence | | | | 0 | 31 | 1,236.36 | | PA LST - WCHST | 2.00 | 44.00 |
| Overtime | | | | 0 | 28.833334 | 2,128.40 | | | | |
| PTO | | | | 0 | 112.25 | 4,508.14 | | | | |
| Short Term Disability | | | | 0 | 310 | 12,018.60 | | | | |
| Earnings | | | | 3,116.80 | | 75,205.08 | | Employee Taxes | 595.89 | 13,876.80 |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| 401(k) Savings Plan - Regular | | 213.21 | | 401K Loan | 117.42 | 2,583.24 |
| Dental/PPO Before-Tax | | 380.40 | | Dependent Life After-Tax | | 9.00 |
| Group Voluntary AD/D-BeforeTax | | 41.20 | | IU-NonCsh Fring Ben-Sup-Offset | | 10.00 |
| HCFSA Before-Tax | | 1,458.36 | | Long-Term Disability After-Tax | | 119.76 |
| Life Before-Tax | | 160.80 | | SF Credit Union | | 1,600.00 |
| Medical/PPO Before-Tax | | 3,039.00 | | | | |
| Vision Before-Tax | | 329.20 | | | | |
| Wellness Incentive PPO BT | | -150.00 | | | | |
| Pre Tax Deductions | 0.00 | 5,472.17 | | Post Tax Deductions | 117.42 | 4,322.00 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Dental/PPO Non-Taxable | | 648.00 | | OASDI - Taxable Wages | 3,116.80 | 69,946.12 |
| Life Non-Taxable | | 813.00 | | Medicare - Taxable Wages | 3,116.80 | 69,946.12 |
| Medical/PPO Non-Taxable | | 11,845.00 | | Federal Withholding - Taxable Wages | 3,116.80 | 69,732.91 |
| Employer Paid Benefits | 0.00 | 13,306.00 | | State Tax Taxable Wages - PA | 3,116.80 | 69,469.68 |

| | Federal | | State | | Absence Plans | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | | | Description | Used | Balance |
| Allowances | 0 | | | 0 | PTO | 0.00 | 185.54 |
| Additional Withholding | 0 | | | 0 | Legacy PTO | 0.00 | 284.11 |
| | | | | | Life Leave | 2.50 | 5.41 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| n/a | n/a ******8215 | ******8215 | 2,403.49 |

State Farm Insurance Companies   One State Farm Plaza Bloomington, IL 61710-0001

Wakena Black   718 Hillside Drive West Chester, PA 19380

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Wakena Black | State Farm Mutual Auto Ins Co | | AA9646 | 09/13/2025 | 09/26/2025 | 10/03/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 96.38 | 4,170.67 | 263.00 | 848.16 | 123.90 | 2,935.61 |
| YTD | 1,112.92 | 68,000.84 | 5,209.17 | 12,623.27 | 4,080.68 | 46,087.72 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Hours | 09/13/2025 - 09/19/2025 | 40 | 39.882228 | 1,595.29 | | |
| Regular Hours | 09/20/2025 - 09/26/2025 | 40 | 39.882228 | 1,595.29 | 1089.266665 | 43,442.41 |
| Overtime | 09/13/2025 - 09/19/2025 | 8.966666 | 59.822228 | 536.41 | | |
| Overtime | 09/20/2025 - 09/26/2025 | 7.416668 | 59.822228 | 443.68 | 23.65 | 1,818.32 |
| Life Taxable-Benefit | 09/13/2025 - 09/26/2025 | 0 | 0 | 24.08 | 0 | 452.36 |
| Enterprise Incentive | | | 0 | | 0 | 4,122.96 |
| IU-NonCsh Fring Ben-Sup | | | 0 | | 0 | 14.95 |
| Life Leave | | | 0 | | 29.29 | 1,168.13 |
| Non-PTO Paid Absence | | | 0 | | 31 | 1,236.36 |
| PTO | | | 0 | | 104 | 4,179.11 |
| Short Term Disability | | | 0 | | 310 | 12,018.60 |
| Earnings | | | | 4,194.75 | | 68,453.20 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 243.77 | 3,934.35 |
| Medicare | 57.01 | 920.13 |
| Federal Withholding | 373.64 | 4,959.31 |
| State Tax - PA | 119.97 | 1,934.29 |
| SUI-Employee Paid | 2.92 | 47.60 |
| City Tax - WCHST | 48.85 | 787.59 |
| PA LST - WCHST | 2.00 | 40.00 |
| Employee Taxes | 848.16 | 12,623.27 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Savings Plan - Regular | | 213.21 |
| Dental/PPO Before-Tax | 19.02 | 361.38 |
| Group Voluntary AD/D-BeforeTax | 2.06 | 39.14 |
| HCFSA Before-Tax | 72.91 | 1,385.45 |
| Life Before-Tax | 8.10 | 152.70 |
| Medical/PPO Before-Tax | 151.95 | 2,887.05 |
| Vision Before-Tax | 16.46 | 312.74 |
| Wellness Incentive PPO BT | -7.50 | -142.50 |
| Pre Tax Deductions | 263.00 | 5,209.17 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 117.42 | 2,348.40 |
| Dependent Life After-Tax | 0.45 | 8.55 |
| IU-NonCsh Fring Ben-Sup-Offset | | 10.00 |
| Long-Term Disability After-Tax | 6.03 | 113.73 |
| SF Credit Union | 0.00 | 1,600.00 |
| Post Tax Deductions | 123.90 | 4,080.68 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental/PPO Non-Taxable | 32.40 | 615.60 |
| Life Non-Taxable | 40.95 | 772.05 |
| Medical/PPO Non-Taxable | 592.25 | 11,252.75 |
| Employer Paid Benefits | 665.60 | 12,640.40 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,931.75 | 63,457.24 |
| Medicare - Taxable Wages | 3,931.75 | 63,457.24 |
| Federal Withholding - Taxable Wages | 3,931.75 | 63,244.03 |
| State Tax Taxable Wages - PA | 3,907.67 | 63,004.88 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Used | Balance |
|---|---|---|
| PTO | 0.00 | 171.03 |
| Legacy PTO | 0.00 | 284.11 |
| Life Leave | 0.00 | 10.71 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| n/a | n/a ******8215 | ******8215 | 2,935.61 |

State Farm Insurance Companies    One State Farm Plaza Bloomington, IL 61710-0001
Wakena Black    718 Hillside Drive West Chester, PA 19380

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Wakena Black | State Farm Mutual Auto Ins Co | | AA9646 | 08/16/2025 | 08/29/2025 | 09/05/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 75.63 | 3,242.09 | 263.00 | 567.71 | 123.90 | | 2,287.48 |
| YTD | 935.20 | 60,058.98 | 4,683.17 | 11,062.95 | 3,832.88 | | 40,479.98 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Hours | 08/23/2025 - 08/29/2025 | 40 | 39.882228 | 1,595.29 | 933.883332 | 37,245.37 |
| Regular Hours | 08/16/2025 - 08/22/2025 | 34.31666 | 39.882228 | 1,368.63 | | |
| PTO | 08/16/2025 - 08/22/2025 | 5 | 39.882228 | 199.41 | 102.75 | 4,129.26 |
| Overtime | 08/23/2025 - 08/29/2025 | 1.316667 | 59.822228 | 78.76 | 1.316667 | 482.29 |
| Life Taxable-Benefit | 08/16/2025 - 08/29/2025 | 0 | 0 | 24.08 | 0 | 404.20 |
| Enterprise Incentive | | | 0 | | 0 | 4,122.96 |
| IU-NonCsh Fring Ben-Sup | | | 0 | | 0 | 14.95 |
| Life Leave | | | 0 | | 28.04 | 1,118.28 |
| Non-PTO Paid Absence | | | 0 | | 23.25 | 927.27 |
| Short Term Disability | | | 0 | | 310 | 12,018.60 |
| Earnings | | | | 3,266.17 | | 60,463.18 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 186.20 | 3,471.58 |
| Medicare | 43.54 | 811.90 |
| Federal Withholding | 205.00 | 4,299.92 |
| State Tax - PA | 91.46 | 1,706.62 |
| SUI-Employee Paid | 2.27 | 42.04 |
| City Tax - WCHST | 37.24 | 694.89 |
| PA LST - WCHST | 2.00 | 36.00 |
| Employee Taxes | 567.71 | 11,062.95 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Savings Plan - Regular | | 213.21 |
| Dental/PPO Before-Tax | 19.02 | 323.34 |
| Group Voluntary AD/D-BeforeTax | 2.06 | 35.02 |
| HCFSA Before-Tax | 72.91 | 1,239.63 |
| Life Before-Tax | 8.10 | 136.50 |
| Medical/PPO Before-Tax | 151.95 | 2,583.15 |
| Vision Before-Tax | 16.46 | 279.82 |
| Wellness Incentive PPO BT | -7.50 | -127.50 |
| Pre Tax Deductions | 263.00 | 4,683.17 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan | 117.42 | 2,113.56 |
| Dependent Life After-Tax | 0.45 | 7.65 |
| IU-NonCsh Fring Ben-Sup-Offset | | 10.00 |
| Long-Term Disability After-Tax | 6.03 | 101.67 |
| SF Credit Union | 0.00 | 1,600.00 |
| Post Tax Deductions | 123.90 | 3,832.88 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Dental/PPO Non-Taxable | 32.40 | 550.80 |
| Life Non-Taxable | 40.95 | 690.15 |
| Medical/PPO Non-Taxable | 592.25 | 10,068.25 |
| Employer Paid Benefits | 665.60 | 11,309.20 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,003.17 | 55,993.22 |
| Medicare - Taxable Wages | 3,003.17 | 55,993.22 |
| Federal Withholding - Taxable Wages | 3,003.17 | 55,780.01 |
| State Tax Taxable Wages - PA | 2,979.09 | 55,589.02 |

| | Federal | | State |
|---|---|---|---|
| Marital Status | Head of Household | | |
| Allowances | 0 | | 0 |
| Additional Withholding | 0 | | 0 |

### Absence Plans

| Description | Used | Balance |
|---|---|---|
| PTO | 5.00 | 149.61 |
| Legacy PTO | 0.00 | 284.11 |
| Life Leave | 0.00 | 11.96 |

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| n/a | n/a ******8215 | ******8215 | 2,287.48 |