State Farm Insurance Companies   One State Farm Plaza Bloomington, IL 61710-0001
Wakena Black   718 Hillside Drive West Chester, PA 19380

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Wakena Black | State Farm Mutual Auto Ins Co | | AA9646 | 03/14/2026 | 03/27/2026 | 04/03/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 77.15 | 3,163.46 | 278.00 | 537.22 | 124.41 | 2,223.83 |
| YTD | 437.95 | 26,830.62 | 1,945.20 | 5,361.69 | 870.15 | 18,653.58 |

| Earnings | | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | | Description | Amount | YTD |
| Regular Hours | 03/14/2026 - 03/20/2026 | 38.75 | 40.998933 | 1,588.71 | | | | OASDI | 180.45 | 1,553.51 |
| Regular Hours | 03/21/2026 - 03/27/2026 | 38.75 | 40.998933 | 1,588.71 | 437.95 | 17,699.26 | | Medicare | 42.20 | 363.32 |
| Life Taxable-Benefit | 03/14/2026 - 03/27/2026 | 0 | 0 | 24.94 | 0 | 171.14 | | Federal Withholding | 185.71 | 2,337.05 |
| Regular Hours | 12/06/2025 - 12/12/2025 | -0.349999 | 0 | -13.96 | | | | State Tax - PA | 88.58 | 763.97 |
| Enterprise Incentive | | | 0 | | 0 | 4,918.20 | | SUI-Employee Paid | 2.21 | 18.78 |
| Life Leave | | | 0 | | 8 | 323.53 | | City Tax - WCHST | 36.07 | 311.06 |
| Non-PTO Paid Absence | | | 0 | | 15.5 | 618.18 | | PA LST - WCHST | 2.00 | 14.00 |
| Overtime | | | 0 | | 0 | 28.62 | | | | |
| PTO | | | 0 | | 80.75 | 3,242.83 | | | | |
| Earnings | | | | 3,188.40 | | 27,001.76 | | Employee Taxes | 537.22 | 5,361.69 |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Dental/PPO Before-Tax | 19.02 | 133.14 | | 401K Loan | 117.42 | 821.94 |
| Group Voluntary AD/D-BeforeTax | 1.92 | 13.44 | | Dependent Life After-Tax | 0.45 | 3.15 |
| HCFSA Before-Tax | 72.92 | 510.44 | | Long-Term Disability After-Tax | 6.54 | 45.06 |
| Life Before-Tax | 8.30 | 57.30 | | | | |
| Medical/PPO Before-Tax | 166.88 | 1,168.16 | | | | |
| Vision Before-Tax | 16.46 | 115.22 | | | | |
| Wellness Incentive PPO BT | -7.50 | -52.50 | | | | |
| Pre Tax Deductions | 278.00 | 1,945.20 | | Post Tax Deductions | 124.41 | 870.15 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Dental/PPO Non-Taxable | 32.40 | 226.80 | | OASDI - Taxable Wages | 2,910.40 | 25,056.56 |
| Life Non-Taxable | 39.46 | 272.46 | | Medicare - Taxable Wages | 2,910.40 | 25,056.56 |
| Medical/PPO Non-Taxable | 783.76 | 5,486.32 | | Federal Withholding - Taxable Wages | 2,910.40 | 25,056.56 |
| Employer Paid Benefits | 855.62 | 5,985.58 | | State Tax Taxable Wages - PA | 2,885.46 | 24,885.42 |

| | Federal | | State | | Absence Plans | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | | | Description | Used | Balance |
| Allowances | 0 | | 0 | | PTO | 0.00 | 195.90 |
| Additional Withholding | 0 | | 0 | | Legacy PTO | 0.00 | 284.11 |
| | | | | | Life Leave | 0.00 | 32.00 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| n/a | n/a ******8620 | ******8620 | 2,223.83 |

State Farm Insurance Companies    One State Farm Plaza Bloomington, IL 61710-0001
Wakena Black    718 Hillside Drive West Chester, PA 19380

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|---|-------------|------------------|----------------|------------|--------------|
| Wakena Black | State Farm Mutual Auto Ins Co | | AA9646 | 02/28/2026 | 03/13/2026 | 03/20/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|--------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 62.50 | 8,124.24 | 278.00 | 2,204.83 | 124.41 | 5,517.00 |
| YTD | 360.80 | 23,667.16 | 1,667.20 | 4,824.47 | 745.74 | 16,429.75 |

| Earnings | | | | | | | Employee Taxes | | |
|----------|---|---|---|---|---|---|----------------|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Enterprise Incentive | 01/01/2025 - 12/31/2025 | 0 | 0 | 4,918.20 | 0 | 4,918.20 | OASDI | 488.01 | 1,373.06 |
| Regular Hours | 02/28/2026 - 03/06/2026 | 33 | 40.998933 | 1,352.96 | | | Medicare | 114.13 | 321.12 |
| Regular Hours | 03/07/2026 - 03/13/2026 | 29.5 | 40.998933 | 1,209.47 | 360.799999 | 14,535.80 | Federal Withholding | 1,256.04 | 2,151.34 |
| PTO | 03/07/2026 - 03/13/2026 | 9.25 | 40.998933 | 379.24 | 80.75 | 3,242.83 | State Tax - PA | 240.88 | 675.39 |
| Life Leave | 02/28/2026 - 03/06/2026 | 4 | 40.998933 | 164.00 | 8 | 323.53 | SUI-Employee Paid | 5.69 | 16.57 |
| PTO | 02/28/2026 - 03/06/2026 | 1.75 | 40.998933 | 71.75 | | | City Tax - WCHST | 98.08 | 274.99 |
| Life Taxable-Benefit | 02/28/2026 - 03/13/2026 | 0 | 0 | 24.94 | 0 | 146.20 | PA LST - WCHST | 2.00 | 12.00 |
| Overtime | 09/13/2025 - 09/19/2025 | 8.966666 | 0.95 | 8.52 | | | | | |
| Overtime | 09/20/2025 - 09/26/2025 | 7.416668 | 0.98 | 7.27 | | | | | |
| Overtime | 09/06/2025 - 09/12/2025 | 5.949999 | 1.01 | 6.01 | | | | | |
| Overtime | 09/27/2025 - 10/03/2025 | 5.183334 | 1.03 | 5.34 | 0 | 28.62 | | | |
| Overtime | 08/23/2025 - 08/29/2025 | 1.316667 | 1.125 | 1.48 | | | | | |
| Non-PTO Paid Absence | | 0 | | | 15.5 | 618.18 | | | |
| Earnings | | | | 8,149.18 | | 23,813.36 | Employee Taxes | 2,204.83 | 4,824.47 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|--------------------|---|---|---------------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental/PPO Before-Tax | 19.02 | 114.12 | 401K Loan | 117.42 | 704.52 |
| Group Voluntary AD/D-BeforeTax | 1.92 | 11.52 | Dependent Life After-Tax | 0.45 | 2.70 |
| HCFSA Before-Tax | 72.92 | 437.52 | Long-Term Disability After-Tax | 6.54 | 38.52 |
| Life Before-Tax | 8.30 | 49.00 | | | |
| Medical/PPO Before-Tax | 166.88 | 1,001.28 | | | |
| Vision Before-Tax | 16.46 | 98.76 | | | |
| Wellness Incentive PPO BT | -7.50 | -45.00 | | | |
| Pre Tax Deductions | 278.00 | 1,667.20 | Post Tax Deductions | 124.41 | 745.74 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|---|---|---------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental/PPO Non-Taxable | 32.40 | 194.40 | OASDI - Taxable Wages | 7,871.18 | 22,146.16 |
| Life Non-Taxable | 39.46 | 233.00 | Medicare - Taxable Wages | 7,871.18 | 22,146.16 |
| Medical/PPO Non-Taxable | 783.76 | 4,702.56 | Federal Withholding - Taxable Wages | 7,871.18 | 22,146.16 |
| Employer Paid Benefits | 855.62 | 5,129.96 | State Tax Taxable Wages - PA | 7,846.24 | 21,999.96 |

| | Federal | State | | Absence Plans | | |
|---|---------|-------|---|---------------|---|---|
| Marital Status | Head of Household | | | Description | Used | Balance |
| Allowances | 0 | 0 | | PTO | 11.00 | 184.87 |
| Additional Withholding | 0 | 0 | | Legacy PTO | 0.00 | 284.11 |
| | | | | Life Leave | 4.00 | 32.00 |

| Payment Information | | | |
|---------------------|---|---|---|
| Bank | Account Name | Account Number | Amount |
| n/a | n/a ******8620 | ******8620 | 5,517.00 |