Certificate Number: 03621-PAE-DE-041278891

Bankruptcy Case Number: 26-11089



03621-PAE-DE-041278891

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 3, 2026</u>, at <u>8:21</u> o'clock <u>AM EDT</u>, <u>Wakena Black</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 3, 2026</u>          By:     <u>/s/Nicola ButtsWimpel</u>

Name:  <u>Nicola ButtsWimpel</u>

Title:   <u>Credit Counselor</u>