Aqua PA
762 W. Lancaster Ave.
Bryn Mawr, PA 19010