Borough of West Chester Sewer
401 East Gay Street
West Chester, PA 19380

Main Line Health
Patient Payments
PO Box 780163
Philadelphia, PA 19178-0163

Main Line Health Imaging, LP
PO Box 678943
Dallas, TX 75267-8943

Chester County Eye Care, LLC
915 Old Farm Hill Road
Suite 200 Building B
West Chester, PA 19380-4269

Ned's Home
11 Daniel Road East
Fairfield, NJ 07004

USDigestive Health
PO Box 783907
Philadelphia, PA 19178-3907

West Chester Endoscopy, LLC
PO Box 305250
Nashville, TN 37230-5250

Westtown Dental Associates
1581 McDaniel Drive
West Chester, PA 19380

Keystone Collections Group
PO Box 499
Irwin, PA 15642